| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Debra A. Schupper <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–9352 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   8/23/17 |
| Case number: | 17–27151–KCF | Date case converted to chapter: | 7   2/15/18 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Debra A. Schupper | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6 Manville Blvd <br> Bridgewater, NJ 08807–3317 | |
| 4. | **Debtor's attorney** <br> Name and address | Brandon L Martin <br> 19 Davenport Street <br> Somerville, NJ 08876 | Contact phone (908) 231–8220 |
| 5. | **Bankruptcy trustee** <br> Name and address | John Michael McDonnell <br> McDonnell Crowley, LLC <br> 115 Maple Ave <br> Suite 201 <br> Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street  Trenton, NJ 08608  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 609–858–9333  Date: 2/16/18 |
| **7.** **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **March 19, 2018 at 10:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/18/18** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 17-27151-KCF
Debra A. Schupper                                                       Chapter 7
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 3                  Date Rcvd: Feb 16, 2018
                              Form ID: 309A              Total Noticed: 75


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2018.
db             Debra A. Schupper,    6 Manville Blvd,    Bridgewater, NJ 08807-3317
517026838      AHS Hospital Corp,    PO Box 10219,    Newark, NJ 07193-0219
517026836      Advance Pedia Health,    C/O IC SYSTEM,    PO Box 64376,    Saint Paul, MN 55164-0376
517026837      Affinity Credit Union,    PO Box 621,   Basking Ridge, NJ 07920-0621
517026840      American Web,    2128 N 14th St Ste 1,    Ponca City, OK 74601-1831
517026841     +Associated Radiologist,    c/o FIN SYS OF RICHMOND,    325 9th Box 786,    RICHMOND, IN 47374-6201
517026842      Barclay's Bank Delaware,    C/O FOSTER, GARBUS & GARBUS,    60 Vanderbilt Motor Pkwy,
                Commack, NY 11725-5710
517026844      Blue Trust,    PO Box 44967,   Eden Prairie, MN 55344-2667
517026847      CAVALRY SPV I,    C/O SCHACHTER PORTNOY,    3490 US Highway 1 Ste 6,    Princeton, NJ 08540-5920
517026846      Cash Advance Now,    PO Box 569,   Hays, MT 59527-0569
517026848      Chase Card,    C/O NATIONWIDE CR.,    PO Box 14581,    Des Moines, IA 50306-3581
517026849      Chase Card,    C/O NATIONWIDE CREDIT,    PO Box 14581,    Des Moines, IA 50306-3581
517026850      DAVE'S SUBURBAN DISPOSAL SERVICE,    PO Box 226,    Flagtown, NJ 08821-0226
517026854      DR. ASKUMAR PATEL,    285 Davidson Ave,    Somerset, NJ 08873-4153
517026855      DR. DAVID BERTICKER,    242 E Main St Ste 2,    Somerville, NJ 08876-3049
517026856      DR. KRISTA REUTY,    PO Box 416441,    Boston, MA 02241-6441
517026858      DR. SCOTT SCHLESINGER,    PO Box 223818,    Pittsburgh, PA 15251-2818
517026859      DS Services,    c/o CollectionBureauAmerica,    25954 Eden Landing Rd,    Hayward, CA 94545-3816
517046174     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517026852      Dr Jon Ark,    C/O PRINCETON ORTHO GROUP,    325 Princeton Ave,    Princeton, NJ 08540-1617
517026853      Dr. ANTHONY DIGUILIO,    110 Rehill Ave,    Somerville, NJ 08876-2519
517026857      Dr. MARK UTKEWICZ,    C/O EMA,   PO Box 6222,    Parsippany, NJ 07054-7222
517026863      GRAND SANITATION INC.,    C/O MORGAN & CURTIS ASSOC, INC.,    95 Broadway,
                Hicksville, NY 11801-4267
517026861     +Gastromed,    C/O DR. SUNYA IRCKAN,   25 MORGAN ST,    BRIDGEWATER, NJ 08807-3007
517026867      IMAGING CONSULTANTS ESSEX,    C/O ONLINE INFOR SERV,    PO Box 148,    Winterville, NC 28590-0148
517026868      Kohl's Department Store,    C/O MERCANTILE,    165 Lawrence Bell Dr Ste 100,
                Williamsville, NY 14221-7900
517026869      Medemerge,    PO Box 890,   Green Brook, NJ 08812-0890
517026870      Midland Funding,    c/o Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517026871      Northcash,    PO Box 340,   Hays, MT 59527-0340
517026872      Optimum,    C/O SUNRISE CR. SERVICES, INC.,    PO Box 9100,    Farmingdale, NY 11735-9100
517026875      QVC,    C/O NATIONWIDE CREDIT,,   PO Box 14581,    Des Moines, IA 50306-3581
517026874      Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
517026877      RWJ University Hospital,    C/O CELENTANO & STADTMAUER,    1035 US Highway 46,
                Clifton, NJ 07013-2468
517026878      RWJ University Hospital at Somerset,    C/O CELENTANO & STADTMAUER,    1035 US Highway 46,
                Clifton, NJ 07013-2468
517026876      Radiology Bill,    PO Box 786,   Richmond, IN 47375-0786
517026882      SPECIALIZED LOAN SERVICING, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
517026880      Somerset Surgical Assoc,    30 Rehill Ave Ste 3400,    Somerville, NJ 08876-2548
517026881      Somerset Valley Urgent Care,    470 A Rte # 202-206,    Bedminster, NJ 07921
517026883      Spinner & Spinner, CPA,    35 W Union Ave,    Bound Brook, NJ 08805-1715
517053969     +Summit Medical,    c/o Simon's Agency Inc.,    PO Box 5026,    Syracuse, NY 13220-5026
517026885      Summit Medical Group,    ATTN #8549x,    PO Box 14000,    Belfast, ME 04915-4033
517026888      Transworld System Inc,    C/O VALENTINE & KOBARTAS, INC.,    PO Box 325,
                Lawrence, MA 01842-0625
517026889      University Radiology,    PO Box 1075,    East Brunswick, NJ 08816-1075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: info@trianglecopy.com Feb 16 2018 23:34:19     Brandon L Martin,
                19 Davenport Street,    Somerville, NJ 08876
tr            +EDI: BJMMCDONNELLIII.COM Feb 16 2018 23:13:00      John Michael McDonnell,
                McDonnell Crowley, LLC,    115 Maple Ave,    Suite 201,    Red Bank, NJ 07701-1753
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2018 23:35:02     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2018 23:34:59     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517026839      EDI: CCS.COM Feb 16 2018 23:13:00      Allstate Insurance,    C/O CREDIT COLLECTION SERVICES,
                725 Canton St,    Norwood, MA 02062-2679
517026843      E-mail/Text: banko@berkscredit.com Feb 16 2018 23:34:45     Berks Credit & Colletion,
                PO Box 329,    Temple, PA 19560-0329
517026845      EDI: FSAE.COM Feb 16 2018 23:13:00      Capital One Bank,    C/O FIRST SOURCE ADVANTAGE, LLC,
                205 Bryant Woods S,    Amherst, NY 14228-3609
517167874     +E-mail/Text: bankruptcy@cavps.com Feb 16 2018 23:35:18     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517026851      E-mail/Text: fggbanko@fgny.com Feb 16 2018 23:34:28     Discover Bank,
                c/o Foster, Garbus & Garbus,    7 Banta Pl,    Hackensack, NJ 07601-5604
517039703      EDI: DISCOVER.COM Feb 16 2018 23:13:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
```

```
District/off: 0312-3          User: admin                    Page 2 of 3                  Date Rcvd: Feb 16, 2018
                              Form ID: 309A                  Total Noticed: 75

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517026860      EDI: AMINFOFP.COM Feb 16 2018 23:13:00     First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
517026862      E-mail/Text: bankruptcy@savit.com Feb 16 2018 23:36:00     Gastromed Health Care,
                C/O SAVIT COLLECTION AGENCY,    PO Box 250,   East Brunswick, NJ 08816-0250
517026864      E-mail/Text: collections@greentrustcash.com Feb 16 2018 23:35:47     Green Trust Cash,
                PO Box 340,   Hays, MT 59527-0340
517026866      EDI: IIC9.COM Feb 16 2018 23:13:00     HOPEWELL VET GROUP,    C/O IC SYSTEM COLLECTIONS,
                444 Highway 96 E,    Saint Paul, MN 55127-2557
517026865      EDI: PRA.COM Feb 16 2018 23:13:00     Home Depot,   C/O PORTFOLIO RECOVERY,
                120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
517026873      EDI: PRA.COM Feb 16 2018 23:13:00     Portfolio Recovery,    120 Corporate Blvd Ste 100,
                Norfolk, VA 23502-4952
517156033      EDI: PRA.COM Feb 16 2018 23:13:00     Portfolio Recovery Associates, LLC,    c/o Amazon.com,
                POB 41067,   Norfolk VA 23541
517142622      EDI: PRA.COM Feb 16 2018 23:13:00     Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                POB 41067,   Norfolk VA 23541
517114463      EDI: PRA.COM Feb 16 2018 23:13:00     Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
517156031      EDI: PRA.COM Feb 16 2018 23:13:00     Portfolio Recovery Associates, LLC,    c/o QVC,
                POB 41067,   Norfolk VA 23541
517156300      EDI: PRA.COM Feb 16 2018 23:13:00     Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                POB 41067,   Norfolk VA 23541
517139241     +EDI: JEFFERSONCAP.COM Feb 16 2018 23:13:00     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
517064947     +EDI: DRIV.COM Feb 16 2018 23:13:00     SANTANDER CONSUMER USA,    P.O. Box 560284,
                Dallas, TX 75356-0284
517026879      EDI: DRIV.COM Feb 16 2018 23:13:00     SANTANDER CONSUMER, USA,    PO Box 660633,
                Dallas, TX 75266-0633
517026886      EDI: RMSC.COM Feb 16 2018 23:13:00     SYNCB HOME DESIGN FURN,    PO Box 965036,
                Orlando, FL 32896-5036
517148370     +EDI: DRIV.COM Feb 16 2018 23:13:00     Santander Consumer USA Inc.,    P.O. Box 961245,
                Fort Worth, TX 76161-0244
517026884      E-mail/Text: clientservices@simonsagency.com Feb 16 2018 23:35:51     Summit Medical Group,
                C/O SIMON’S AGENCY, INC.,    4963 Wintersweet Dr,   Liverpool, NY 13088-2176
517027972     +EDI: RMSC.COM Feb 16 2018 23:13:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517026887      E-mail/Text: bankruptcy@cavps.com Feb 16 2018 23:35:18     Synchrony Bank,
                C/O CAVALRY PORTFOLIO SERVICE,    500 Summit Lake Dr Ste 400,   Valhalla, NY 10595-1340
517133535     +EDI: AIS.COM Feb 16 2018 23:13:00     Verizon,   by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517026890      E-mail/Text: WFB.Bankruptcy@cabelas.com Feb 16 2018 23:36:04     World’s Foremost Bank,
                4800 NW 1st St Ste 300,    Lincoln, NE 68521-4463
517026891      E-mail/Text: admin@rosebudlending.com Feb 16 2018 23:35:56     Zoca Loans,    PO Box 1147,
                Mission, SD 57555-1147
                                                                                                TOTAL: 32

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
              Brandon L Martin    on behalf of Debtor Debra A. Schupper info@trianglecopy.com,
               annsikora@verizon.net
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Feb 16, 2018
                              Form ID: 309A            Total Noticed: 75
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                      TOTAL: 4