UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Debra A. Schupper,

Case No.: 17-27151  
Chapter: 7  
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

On 4/10/18, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on May 22, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 6 Manville Blvd., Bridgewater, NJ - $280,000

Liens on property: $288,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell  
Address: 115 Maple Avenue - Red Bank, NJ, 07701  
Telephone No.: 732 383 7233

*rev.8/1/15*

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                       Case No. 17-27151-KCF
Debra A. Schupper                                            Chapter 7
     Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Apr 10, 2018
                              Form ID: pdf905          Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
db             Debra A. Schupper,    6 Manville Blvd,    Bridgewater, NJ 08807-3317
517026838      AHS Hospital Corp,    PO Box 10219,    Newark, NJ 07193-0219
517026836      Advance Pedia Health,    C/O IC SYSTEM,    PO Box 64376,    Saint Paul, MN 55164-0376
517026840      American Web,    2128 N 14th St Ste 1,    Ponca City, OK 74601-1831
517026841     +Associated Radiologist,    c/o FIN SYS OF RICHMOND,    325 9th Box 786,    RICHMOND, IN 47374-6201
517026842      Barclay's Bank Delaware,    C/O FOSTER, GARBUS & GARBUS,    60 Vanderbilt Motor Pkwy,
                Commack, NY 11725-5710
517026844      Blue Trust,    PO Box 44967,    Eden Prairie, MN 55344-2667
517026847      CAVALRY SPV I,    C/O SCHACHTER PORTNOY,    3490 US Highway 1 Ste 6,    Princeton, NJ 08540-5920
517026845      Capital One Bank,    C/O FIRST SOURCE ADVANTAGE, LLC,    205 Bryant Woods S,
                Amherst, NY 14228-3609
517026846      Cash Advance Now,    PO Box 569,    Hays, MT 59527-0569
517026848      Chase Card,    C/O NATIONWIDE CR.,    PO Box 14581,    Des Moines, IA 50306-3581
517026849      Chase Card,    C/O NATIONWIDE CREDIT,    PO Box 14581,    Des Moines, IA 50306-3581
517026850      DAVE'S SUBURBAN DISPOSAL SERVICE,    PO Box 226,    Flagtown, NJ 08821-0226
517026854      DR. ASKUMAR PATEL,    285 Davidson Ave,    Somerset, NJ 08873-4153
517026855      DR. DAVID BERTICKER,    242 E Main St Ste 2,    Somerville, NJ 08876-3049
517026856      DR. KRISTA REUTY,    PO Box 416441,    Boston, MA 02241-6441
517026858      DR. SCOTT SCHLESINGER,    PO Box 223818,    Pittsburgh, PA 15251-2818
517026859      DS Services,    c/o CollectionBureauAmerica,    25954 Eden Landing Rd,    Hayward, CA 94545-3816
517046174     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517026852      Dr Jon Ark,    C/O PRINCETON ORTHO GROUP,    325 Princeton Ave,    Princeton, NJ 08540-1617
517026853      Dr. ANTHONY DIGUILIO,    110 Rehill Ave,    Somerville, NJ 08876-2519
517026857      Dr. MARK UTKEWICZ,    C/O EMA,    PO Box 6222,    Parsippany, NJ 07054-7222
517026860      First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517026863      GRAND SANITATION INC.,    C/O MORGAN & CURTIS ASSOC, INC.,    95 Broadway,
                Hicksville, NY 11801-4267
517026861     +Gastromed,    C/O DR. SUNYA IRCKAN,    25 MORGAN ST,    BRIDGEWATER, NJ 08807-3007
517026866      HOPEWELL VET GROUP,    C/O IC SYSTEM COLLECTIONS,    444 Highway 96 E,
                Saint Paul, MN 55127-2557
517026867      IMAGING CONSULTANTS ESSEX,    C/O ONLINE INFOR SERV,    PO Box 148,    Winterville, NC 28590-0148
517026868      Kohl's Department Store,    C/O MERCANTILE,    165 Lawrence Bell Dr Ste 100,
                Williamsville, NY 14221-7900
517026869      Medemerge,    PO Box 890,    Green Brook, NJ 08812-0890
517026870      Midland Funding,    c/o Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517026871      Northcash,    PO Box 340,    Hays, MT 59527-0340
517026872      Optimum,    C/O SUNRISE CR. SERVICES, INC.,    PO Box 9100,    Farmingdale, NY 11735-9100
517026875      QVC,    C/O NATIONWIDE CREDIT,,    PO Box 14581,    Des Moines, IA 50306-3581
517026874      Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
517026877      RWJ University Hospital,    C/O CELENTANO & STADTMAUER,    1035 US Highway 46,
                Clifton, NJ 07013-2468
517026878      RWJ University Hospital at Somerset,    C/O CELENTANO & STADTMAUER,    1035 US Highway 46,
                Clifton, NJ 07013-2468
517026876      Radiology Bill,    PO Box 786,    Richmond, IN 47375-0786
517064947     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517026879      SANTANDER CONSUMER, USA,    PO Box 660633,    Dallas, TX 75266-0633
517026882      SPECIALIZED LOAN SERVICING, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
517148370     +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
517026880      Somerset Surgical Assoc,    30 Rehill Ave Ste 3400,    Somerville, NJ 08876-2548
517026881      Somerset Valley Urgent Care,    470 A Rte # 202-206,    Bedminster, NJ 07921
517026883      Spinner & Spinner, CPA,    35 W Union Ave,    Bound Brook, NJ 08805-1715
517053969     +Summit Medical,    c/o Simon's Agency Inc.,    PO Box 5026,    Syracuse, NY 13220-5026
517026885      Summit Medical Group,    ATTN #8549x,    PO Box 14000,    Belfast, ME 04915-4033
517026888      Transworld System Inc,    C/O VALENTINE & KOBARTAS, INC.,    PO Box 325,
                Lawrence, MA 01842-0625
517026889      University Radiology,    PO Box 1075,    East Brunswick, NJ 08816-1075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2018 22:57:27      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2018 22:57:24      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517026837      E-mail/Text: bankruptcycare@affinityfcu.com Apr 10 2018 22:57:00      Affinity Credit Union,
                PO Box 621,    Basking Ridge, NJ 07920-0621
517026839      E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 10 2018 22:58:21      Allstate Insurance,
                C/O CREDIT COLLECTION SERVICES,    725 Canton St,    Norwood, MA 02062-2679
517026843      E-mail/Text: banko@berkscredit.com Apr 10 2018 22:57:01      Berks Credit & Colletion,
                PO Box 329,    Temple, PA 19560-0329
517167874     +E-mail/Text: bankruptcy@cavps.com Apr 10 2018 22:57:46      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517026851      E-mail/Text: fggbanko@fgny.com Apr 10 2018 22:56:40      Discover Bank,
                c/o Foster, Garbus & Garbus,    7 Banta Pl,    Hackensack, NJ 07601-5604
```

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: Apr 10, 2018
                              Form ID: pdf905          Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517039703       E-mail/Text: mrdiscen@discover.com Apr 10 2018 22:56:36       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517026862       E-mail/Text: bankruptcy@savit.com Apr 10 2018 22:58:27       Gastromed Health Care,
                 C/O SAVIT COLLECTION AGENCY,    PO Box 250,    East Brunswick, NJ  08816-0250
517026864       E-mail/Text: collections@greentrustcash.com Apr 10 2018 22:58:12       Green Trust Cash,
                 PO Box 340,    Hays, MT  59527-0340
517026865       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:00:54       Home Depot,
                 C/O PORTFOLIO RECOVERY,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
517026873       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:01:14
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA  23502-4952
517156033       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:01:14
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com,    POB 41067,    Norfolk VA 23541
517142622       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:17:39
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517114463       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:17:28
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517156031       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:17:28
                 Portfolio Recovery Associates, LLC,    c/o QVC,    POB 41067,    Norfolk VA 23541
517156300       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2018 23:01:14
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
517139241      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 10 2018 22:57:42       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517026886       E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:00:49       SYNCB HOME DESIGN FURN,
                 PO Box 965036,    Orlando, FL  32896-5036
517026884       E-mail/Text: clientservices@simonsagency.com Apr 10 2018 22:58:15       Summit Medical Group,
                 C/O SIMON'S AGENCY, INC.,    4963 Wintersweet Dr,    Liverpool, NY  13088-2176
517027972      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2018 23:00:33       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517026887       E-mail/Text: bankruptcy@cavps.com Apr 10 2018 22:57:46       Synchrony Bank,
                 C/O CAVALRY PORTFOLIO SERVICE,    500 Summit Lake Dr Ste 400,    Valhalla, NY  10595-1340
517133535      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 10 2018 23:06:56       Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517026890       E-mail/Text: WFB.Bankruptcy@cabelas.com Apr 10 2018 22:58:30       World's Foremost Bank,
                 4800 NW 1st St Ste 300,    Lincoln, NE  68521-4463
517026891       E-mail/Text: admin@rosebudlending.com Apr 10 2018 22:58:23       Zoca Loans,    PO Box 1147,
                 Mission, SD  57555-1147
                                                                                              TOTAL: 25

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
```
              Brandon L Martin    on behalf of Debtor Debra A. Schupper info@trianglecopy.com,
               annsikora@verizon.net
              Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```