UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case no.: 17-27151
Debra A. Schupper  :  Chapter: 7
 :  Judge: Ferguson
Debtor(s)  :

**CERTIFICATION OF NO OBJECTION**

I ___Gary A. Nau___, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
6 Manville Blvd., Bridgewater, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 5/17/2018    By: Gary A. Nau

*rev.2/10/17*