**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Debra A. Schupper <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9352 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–27151–KCF | |

# Order of Discharge                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Debra A. Schupper

<u>5/25/18</u>                                                                 **By the court:**  <u>Kathryn C. Ferguson</u>
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318            **Order of Discharge**            page 2

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                          Case No. 17-27151-KCF
Debra A. Schupper                                               Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 3                  Date Rcvd: May 25, 2018
                               Form ID: 318                Total Noticed: 78


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
db              Debra A. Schupper,    6 Manville Blvd,    Bridgewater, NJ 08807-3317
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway,    Suite 425,   Dallas, TX 75254-8067
517026838       AHS Hospital Corp,    PO Box 10219,    Newark, NJ 07193-0219
517026836       Advance Pedia Health,    C/O IC SYSTEM,    PO Box 64376,    Saint Paul, MN 55164-0376
517026840       American Web,    2128 N 14th St Ste 1,    Ponca City, OK 74601-1831
517026841      +Associated Radiologist,    c/o FIN SYS OF RICHMOND,    325 9th Box 786,   RICHMOND, IN 47374-6201
517026842       Barclay's Bank Delaware,    C/O FOSTER, GARBUS & GARBUS,    60 Vanderbilt Motor Pkwy,
                 Commack, NY 11725-5710
517026844       Blue Trust,    PO Box 44967,    Eden Prairie, MN 55344-2667
517026847       CAVALRY SPV I,    C/O SCHACHTER PORTNOY,    3490 US Highway 1 Ste 6,   Princeton, NJ 08540-5920
517026846       Cash Advance Now,    PO Box 569,    Hays, MT 59527-0569
517026848       Chase Card,    C/O NATIONWIDE CR.,    PO Box 14581,   Des Moines, IA 50306-3581
517026849       Chase Card,    C/O NATIONWIDE CREDIT,    PO Box 14581,    Des Moines, IA 50306-3581
517533230      +Collections Bureau of America,    25954 Eden Landing Rd Fl 1,    Hayward, CA 94545-3837
517026850       DAVE'S SUBURBAN DISPOSAL SERVICE,    PO Box 226,   Flagtown, NJ 08821-0226
517026854       DR. ASKUMAR PATEL,    285 Davidson Ave,    Somerset, NJ 08873-4153
517026855       DR. DAVID BERTICKER,    242 E Main St Ste 2,    Somerville, NJ 08876-3049
517026856       DR. KRISTA REUTY,    PO Box 416441,    Boston, MA 02241-6441
517026858       DR. SCOTT SCHLESINGER,    PO Box 223818,    Pittsburgh, PA 15251-2818
517026859       DS Services,    c/o CollectionBureauAmerica,    25954 Eden Landing Rd,   Hayward, CA 94545-3816
517046174      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517026852       Dr Jon Ark,    C/O PRINCETON ORTHO GROUP,    325 Princeton Ave,   Princeton, NJ 08540-1617
517026853       Dr. ANTHONY DIGUILIO,    110 Rehill Ave,    Somerville, NJ 08876-2519
517026857       Dr. MARK UTKEWICZ,    C/O EMA,    PO Box 6222,   Parsippany, NJ 07054-7222
517026863       GRAND SANITATION INC.,    C/O MORGAN & CURTIS ASSOC, INC.,    95 Broadway,
                 Hicksville, NY 11801-4267
517026861      +Gastromed,    C/O DR. SUNYA IRCKAN,    25 MORGAN ST,    BRIDGEWATER, NJ 08807-3007
517026867       IMAGING CONSULTANTS ESSEX,    C/O ONLINE INFOR SERV,    PO Box 148,   Winterville, NC 28590-0148
517026868       Kohl's Department Store,    C/O MERCANTILE,    165 Lawrence Bell Dr Ste 100,
                 Williamsville, NY 14221-7900
517026869       Medemerge,    PO Box 890,    Green Brook, NJ 08812-0890
517026870       Midland Funding,    c/o Pressler & Pressler,    7 Entin Rd,   Parsippany, NJ 07054-5020
517533231       Midland Funding (Synchrony Bank),    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517026871       Northcash,    PO Box 340,    Hays, MT 59527-0340
517026872       Optimum,    C/O SUNRISE CR. SERVICES, INC.,    PO Box 9100,   Farmingdale, NY 11735-9100
517026875       QVC,    C/O NATIONWIDE CREDIT,,    PO Box 14581,   Des Moines, IA 50306-3581
517026874       Quest Diagnostics,    PO Box 740985,    Cincinnati, OH 45274-0985
517026877       RWJ University Hospital,    C/O CELENTANO & STADTMAUER,    1035 US Highway 46,
                 Clifton, NJ 07013-2468
517026878       RWJ University Hospital at Somerset,    C/O CELENTANO & STADTMAUER,    1035 US Highway 46,
                 Clifton, NJ 07013-2468
517026876       Radiology Bill,    PO Box 786,    Richmond, IN 47375-0786
517026882       SPECIALIZED LOAN SERVICING, LLC,    PO Box 105219,    Atlanta, GA 30348-5219
517026880       Somerset Surgical Assoc,    30 Rehill Ave Ste 3400,    Somerville, NJ 08876-2548
517026881       Somerset Valley Urgent Care,    470 A Rte # 202-206,    Bedminster, NJ 07921
517026883       Spinner & Spinner, CPA,    35 W Union Ave,    Bound Brook, NJ 08805-1715
517053969      +Summit Medical,    c/o Simon's Agency Inc.,    PO Box 5026,   Syracuse, NY 13220-5026
517026885       Summit Medical Group,    ATTN #8549x,    PO Box 14000,   Belfast, ME 04915-4033
517026888       Transworld System Inc,    C/O VALENTINE & KOBARTAS, INC.,    PO Box 325,
                 Lawrence, MA 01842-0625
517533233       Transworld Systems (Foot Ankle Center of,    PO Box 15095,   Wilmington, DE 19850-5095
517026889       University Radiology,    PO Box 1075,    East Brunswick, NJ 08816-1075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 25 2018 23:29:43     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2018 23:29:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517026837       E-mail/Text: bankruptcycare@affinityfcu.com May 25 2018 23:29:14     Affinity Credit Union,
                 PO Box 621,    Basking Ridge, NJ 07920-0621
517026839       EDI: CCS.COM May 26 2018 03:03:00      Allstate Insurance,   C/O CREDIT COLLECTION SERVICES,
                 725 Canton St,    Norwood, MA 02062-2679
517026843       E-mail/Text: banko@berkscredit.com May 25 2018 23:29:15     Berks Credit & Colletion,
                 PO Box 329,    Temple, PA 19560-0329
517026845       EDI: FSAE.COM May 26 2018 03:04:00      Capital One Bank,   C/O FIRST SOURCE ADVANTAGE, LLC,
                 205 Bryant Woods S,    Amherst, NY 14228-3609
517167874      +E-mail/Text: bankruptcy@cavps.com May 25 2018 23:30:02     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517026851       E-mail/Text: fggbanko@fgny.com May 25 2018 23:29:01      Discover Bank,
                 c/o Foster, Garbus & Garbus,    7 Banta Pl,   Hackensack, NJ 07601-5604
517039703       EDI: DISCOVER.COM May 26 2018 03:03:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
```

```
District/off: 0312-3          User: admin              Page 2 of 3               Date Rcvd: May 25, 2018
                              Form ID: 318             Total Noticed: 78

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517026860       EDI: AMINFOFP.COM May 26 2018 03:03:00      First Premier Bank,    3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
517026862       E-mail/Text: bankruptcy@savit.com May 25 2018 23:30:52      Gastromed Health Care,
                C/O SAVIT COLLECTION AGENCY,    PO Box 250,    East Brunswick, NJ 08816-0250
517026864       E-mail/Text: collections@greentrustcash.com May 25 2018 23:30:25      Green Trust Cash,
                PO Box 340,   Hays, MT 59527-0340
517026866       EDI: IIC9.COM May 26 2018 03:04:00      HOPEWELL VET GROUP,    C/O IC SYSTEM COLLECTIONS,
                444 Highway 96 E,    Saint Paul, MN 55127-2557
517026865       EDI: PRA.COM May 26 2018 03:03:00      Home Depot,    C/O PORTFOLIO RECOVERY,
                120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
517533232       E-mail/Text: bankruptcy@onlineis.com May 25 2018 23:30:17      Online Collections,
                Imaging Consultants of Essex,    PO Box 1489,    Winterville, NC 28590-1489
517026873       EDI: PRA.COM May 26 2018 03:03:00      Portfolio Recovery,    120 Corporate Blvd Ste 100,
                Norfolk, VA 23502-4952
517156033       EDI: PRA.COM May 26 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o Amazon.com,
                POB 41067,    Norfolk VA 23541
517142622       EDI: PRA.COM May 26 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                POB 41067,    Norfolk VA 23541
517114463       EDI: PRA.COM May 26 2018 03:03:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517156031       EDI: PRA.COM May 26 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o QVC,
                POB 41067,    Norfolk VA 23541
517156300       EDI: PRA.COM May 26 2018 03:03:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                POB 41067,    Norfolk VA 23541
517139241      +EDI: JEFFERSONCAP.COM May 26 2018 03:03:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517064947      +EDI: DRIV.COM May 26 2018 03:03:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                Dallas, TX 75356-0284
517026879       EDI: DRIV.COM May 26 2018 03:03:00      SANTANDER CONSUMER, USA,    PO Box 660633,
                Dallas, TX 75266-0633
517026886       EDI: RMSC.COM May 26 2018 03:03:00      SYNCB HOME DESIGN FURN,    PO Box 965036,
                Orlando, FL 32896-5036
517148370      +EDI: DRIV.COM May 26 2018 03:03:00      Santander Consumer USA Inc.,    P.O. Box 961245,
                Fort Worth, TX 76161-0244
517026884       E-mail/Text: clientservices@simonsagency.com May 25 2018 23:30:30      Summit Medical Group,
                C/O SIMON'S AGENCY, INC.,    4963 Wintersweet Dr,    Liverpool, NY 13088-2176
517027972      +EDI: RMSC.COM May 26 2018 03:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517026887       E-mail/Text: bankruptcy@cavps.com May 25 2018 23:30:02      Synchrony Bank,
                C/O CAVALRY PORTFOLIO SERVICE,    500 Summit Lake Dr Ste 400,    Valhalla, NY 10595-1340
517133535      +EDI: AIS.COM May 26 2018 03:03:00      Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517026890       E-mail/Text: WFB.Bankruptcy@cabelas.com May 25 2018 23:30:55      World's Foremost Bank,
                4800 NW 1st St Ste 300,    Lincoln, NE 68521-4463
517026891       E-mail/Text: admin@rosebudlending.com May 25 2018 23:30:37      Zoca Loans,    PO Box 1147,
                Mission, SD 57555-1147
                                                                                               TOTAL: 32

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517533234*       Transworld Systems (Foot Ankle Center of,    PO Box 15095,    Wilmington, DE 19850-5095
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                        Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: May 25, 2018
                              Form ID: 318             Total Noticed: 78
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2018 at the address(es) listed below:

          Brandon L Martin    on behalf of Debtor Debra A. Schupper info@trianglecopy.com, annsikora@verizon.net

          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

          John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com

          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

          TOTAL: 4